**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: timothy_garrison@fd.org

Attorneys for Mr. Timmons

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1461 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| NOAH MICHAEL TIMMONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

                          Respectfully submitted,

Dated: July 18, 2008                  */s/ Timothy R. Garrison*
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Defendant
                                   Timothy_Garrison@fd.org

1

## CERTIFICATE OF SERVICE

2

    Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3

and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4

    Courtesy Copy to Chambers

5

    Copy to Assistant U.S. Attorney via ECF NEF

6

    Copy to Defendant

7

Dated:  July 18, 2008                    _/s/ Timothy R. Garrison_____

8                                        Federal Defenders of San Diego, Inc.
                                         225 Broadway, Suite 900

9                                        San Diego, CA  92101-5030
                                         (619) 234-8467  (tel)

10                                       (619) 687-2666  (fax)
                                         Timothy_Garrison@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2