```
1  TIMOTHY R. GARRISON
   California State Bar No. 228105
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Defendant
```

FILED
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ1461 |
| Plaintiff, ) | |
| v. ) | DEFENDANT'S WAIVER OF PRESENCE |
| NOAH TIMMONS ) | |
| Defendant. ) | |

I, NOAH TIMMONS, am the defendant in the above-referenced case. I have been informed by my attorney that my next court date to appear is July 28, 2008, at 2:00 p.m. before the Honorable Louisa S. Porter. I have also been informed of my right to be present at that hearing. I have spoken with my attorney and now freely, voluntarily, and intelligently waive my right to be present at the July 28, 2008 hearing.

I declare that the foregoing is true and correct.

Dated: 25 JUL 08

NOAH TIMMONS

1