1 | TIMOTHY R. GARRISON
  | California State Bar No. 228105
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
  | 225 Broadway, Suite 900
3 | San Diego, California 92101-5030
  | Telephone No. (619) 234-8467
4 | Email: timothy_garrison@fd.org

Attorneys for Defendant Timmons

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LOUISA S. PORTER)

| UNITED STATES OF AMERICA, | ) | Criminal No. 08MJ1461 |
| | ) | |
| Plaintiff, | ) | **ACKNOWLEDGMENT** |
| | ) | **OF NEXT COURT DATE** |
| v. | ) | |
| | ) | |
| NOAH MICHAEL TIMMONS, | ) | |
| | ) | |
| Defendant. | ) | |

   I, Noah Michael Timmons, hereby acknowledge that my next court date to appear on August 12, 2008, at 9:30 a.m. in the United States District Court for the Southern District of California.

   I declare that the foregoing is true and correct.

Dated: 29 Jul 08

NOAH MICHAEL TIMMONS

**TIMOTHY R. GARRISON**
California Bar No. 228105
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Tel: (619) 234-8467 / Fax: (619) 687-2666
timothy_garrison@fd.org

Attorneys for Mr. Timmons

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08MJ1461 |
| Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| NOAH MICHAEL TIMMONS, | ) |
| Defendant. | ) |

    **I HEREBY CERTIFY** that on July 29, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ _Timothy R. Garrison_
**TIMOTHY R. GARRISON**
California Bar No. 228105
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Tel: (619) 234-8467 / Fax: (619) 687-2666
timothy_garrison@fd.org

Attorneys for Mr.Timmons

## SERVICE LIST

**United States v. Noah Michael Timmons**
Case No. 08mj1461
United States District Court, Southern District of California

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov
*[Service via CM/ECF]*

**Mr.Timmons**
*[Service via U. S. Mail]*